IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                              PETITIONER

v.                                        NO. 5:05CV00356 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

On February 22, 2006, the Respondent filed a response to Petitioner's habeas corpus petition, asserting, *inter alia*, that three of Petitioner's claims are procedurally barred. The Court orders the Petitioner to file a reply to the Respondent's response by March 23, 2006. The Court directs the Respondent to file, by March 23, 2006, a copy of the transcript of Petitioner's trial and copies of all briefs filed by Petitioner *pro se* or by his counsel on direct appeal. The Court denies Petitioner's motion for consolidation and/or transfer of claims (DE # 10).

IT IS SO ORDERED this 23rd day of February, 2006.

UNITED STATES MAGISTRATE JUDGE