**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JIMMY SHANE CANTRELL
ADC #98730                                                                                                   PETITIONER

VS.                                           5:05CV00356 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                           RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted as this Court's findings.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion to Stay (docket entry #99) is DENIED.

2. The Clerk of the Court is directed to provide Petitioner a copy of docket entries #'s 93, 94 and 85.

2. Petitioner shall file a Reply to the arguments raised in the Response (docket entry #93) within twenty (20) days from the entry of this Order.

Dated this 1st day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE