# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JIMMY SHANE CANTRELL
ADC #98730                                                                                    PETITIONER

VS.                                        5:05CV00356 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 20th day February, 2009.

_____
UNITED STATES DISTRICT JUDGE